## EXHIBIT B

| EsupportStationName | EsupportPath | AccessDay | AccessDate |
|---|---|---|---|
| BCA | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 9/30/2010 11:24 |
| Blaine PD | /dvsinfo/dvsnewdl/CardData.asp | Thu | 12/18/2008 17:14 |
| Bloomington PD User 1 | /dvsinfo/dvsnewdl/Demographics.asp | Sun | 7/25/2010 20:03 |
| Bloomington PD User 2 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 4/1/2009 22:55 |
| Bloomington PD User 2 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 4/1/2009 22:56 |
| Bloomington PD User 2 | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 4/1/2009 22:56 |
| Brooklyn Park PD | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 4/2/2009 13:11 |
| Coon Rapids PD User 1 | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 9/22/2006 21:45 |
| Coon Rapids PD User 1 | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 10/24/2006 1:22 |
| Coon Rapids PD User 1 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 10/25/2006 3:44 |
| Coon Rapids PD User 1 | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 11/28/2006 4:30 |
| Coon Rapids PD User 1 | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 12/6/2006 3:31 |
| Coon Rapids PD User 1 | /dvsinfo/dvsnewdl/CardData.asp | Tue | 1/2/2007 5:11 |
| Coon Rapids PD User 1 | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 1/19/2007 2:20 |
| Coon Rapids PD User 1 | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 1/19/2007 2:22 |
| Coon Rapids PD User 1 | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 2/7/2007 2:13 |

| | | | |
|---|---|---|---|
| Coon Rapids PD User 1 | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 4/3/2007 23:48 |
| Coon Rapids PD User 1 | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 4/4/2007 2:19 |
| Coon Rapids PD User 1 | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 10/23/2007 23:37 |
| Coon Rapids PD User 1 | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 10/23/2007 23:39 |
| Coon Rapids PD User 1 | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 10/30/2007 18:31 |
| Coon Rapids PD User 1 | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 12/7/2007 22:22 |
| Coon Rapids PD User 1 | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 11/19/2008 17:38 |
| Coon Rapids PD User 1 | /dvsinfo/dvsnewdl/Demographics.asp | Sat | 8/15/2009 22:22 |
| Coon Rapids PD User 1 | /dvsinfo/dvsnewdl/Demographics.asp | Sat | 8/15/2009 22:23 |
| Coon Rapids PD User 2 | /dvsinfo/dvsnewdl/CardData.asp | Sat | 10/14/2006 4:16 |
| Coon Rapids PD User 2 | /dvsinfo/dvsnewdl/Demographics.asp | Sat | 10/14/2006 4:16 |
| Coon Rapids PD User 2 | /dvsinfo/dvsnewdl/Demographics.asp | Sat | 10/14/2006 4:17 |
| Crow Wing Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Fri | 4/23/2010 6:47 |
| Crow Wing Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Fri | 4/23/2010 6:47 |
| Dakota Communications Center | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 4/1/2009 23:11 |
| Dundas PD | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 4/2/2009 18:24 |
| Eden Prairie PD | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 6/12/2009 19:26 |

| | | | |
|---|---|---|---|
| Farmington PD | /dvsinfo/dvsnewdl/CardData.asp | Wed | 9/16/2009 18:55 |
| Farmington PD | /dvsinfo/dvsnewdl/CardData.asp | Wed | 9/16/2009 18:55 |
| Farmington PD | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 9/16/2009 18:55 |
| FBI Mpls | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 7/20/2006 9:33 |
| Foley PD | /dvsinfo/dvsnewdl/CardData.asp | Wed | 1/3/2007 19:58 |
| Forest Lake PD | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 2/18/2005 7:14 |
| Goodview PD | /dvsinfo/dvsnewdl/Demographics.asp | Sat | 4/12/2008 19:32 |
| Hennepin Courts | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 12/4/2007 15:23 |
| Human Services | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 9/5/2007 12:51 |
| Human Services | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 9/5/2007 12:53 |
| Human Services | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 9/5/2007 16:32 |
| Litchfield PD | /dvsinfo/dvsnewdl/Demographics.asp | Sun | 1/2/2005 1:15 |
| Maple Grove Driver License Office | /dvsinfo/dv09/DV09.asp | Wed | 6/4/2008 15:46 |
| Maple Grove PD User 1 | /dvsinfo/dvsnewdl/CardData.asp | Tue | 1/15/2008 8:40 |
| Maple Grove PD User 2 | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 1/8/2008 1:26 |
| Mendota Heights PD | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 2/27/2006 18:34 |
| Mendota Heights PD | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 9/24/2007 10:56 |
| Minneapolis PD User 1 | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 2/16/2007 14:22 |
| Minneapolis PD User 2 | /dvsinfo/dvsnewdl/CardData.asp | Thu | 4/2/2009 10:09 |
| Minneapolis PD User 3 | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 5/9/2008 14:11 |
| Minneapolis PD User 4 | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 4/2/2009 7:36 |

| | | | |
|---|---|---|---|
| Minneapolis PD User 5 | /dvsinfo/dvsnewdl/CardData.asp | Fri | 3/7/2008 0:50 |
| Mpls Park PD | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 10/31/2007 6:12 |
| Prior Lake PD | /dvsinfo/dvsnewdl/CardData.asp | Mon | 4/6/2009 7:34 |
| Ramsey PD | /dvsinfo/dvsnewdl/CardData.asp | Thu | 4/2/2009 16:10 |
| Ramsey PD | /dvsinfo/dvsnewdl/CardData.asp | Thu | 4/2/2009 16:10 |
| Red Wing Driver License Office | /DvsInfo/dv09/DV09.asp | Wed | 2/11/2004 15:57 |
| Red Wing Driver License Office | /DvsInfo/dv09/DV09.asp | Wed | 2/11/2004 16:09 |
| Richfield PD User 1 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 10/5/2005 21:55 |
| Richfield PD User 1 | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 10/5/2005 21:56 |
| Richfield PD User 2 | /dvsinfo/dvsnewdl/CardData.asp | Thu | 2/5/2009 16:14 |
| Robbinsdale PD | /dvsinfo/dvsnewdl/CardData.asp | Sat | 4/4/2009 7:38 |
| Robbinsdale PD | /dvsinfo/dvsnewdl/CardData.asp | Sat | 4/4/2009 7:39 |
| Rochester Motors Llc | /dvsinfo/VH20/VH20Select.asp | Thu | 4/22/2004 10:39 |
| Roseville PD | /dvsinfo/dvsnewdl/CardData.asp | Fri | 12/19/2008 9:46 |
| Roseville PD | /dvsinfo/dvsnewdl/CardData.asp | Fri | 12/19/2008 9:47 |
| Roseville PD | /dvsinfo/dvsnewdl/CardData.asp | Fri | 12/19/2008 9:47 |
| St Anthony PD | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 1/15/2008 1:26 |
| St Cloud Driver License Office | /dvsinfo/dv09/DV09.asp | Fri | 6/18/2004 11:56 |
| St Cloud Driver License Office | /dvsinfo/dv09/DV09.asp | Fri | 6/18/2004 11:57 |
| St Paul PD User 1 | /dvsinfo/dvsnewdl/CardData.asp | Thu | 4/2/2009 13:27 |
| St Paul PD User 1 | /dvsinfo/dvsnewdl/CardData.asp | Thu | 4/2/2009 13:27 |
| St Paul PD User 2 | /dvsinfo/dvsnewdl/CardData.asp | Thu | 7/2/2009 13:02 |
| State Patrol User 1 | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 3/7/2005 15:18 |
| State Patrol User 2 | /dvsinfo/dvsnewdl/CardData.asp | Mon | 3/7/2005 13:58 |
| State Patrol User 2 | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 3/7/2005 13:59 |
| State Patrol User 3 | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 12/17/2004 21:57 |

| | | | |
|---|---|---|---|
| US Secret Service | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 8/23/2007 14:56 |
| US Secret Service | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 8/23/2007 14:57 |
| Waite Park PD | /dvsinfo/dvsnewdl/CardData.asp | Tue | 10/19/2004 9:47 |
| Woodbury PD | /dvsinfo/dvsnewdl/Demographics.asp | Sun | 7/10/2011 16:41 |
| Wright Co Sheriff User 1 | /dvsinfo/dvsnewdl/Demographics.asp | Sun | 9/11/2011 8:56 |
| Wright Co Sheriff User 2 | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 5/28/2009 10:43 |
| Wright Co Sheriff User 2 | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 5/28/2009 10:56 |
| Wright Co Sheriff User 3 | /dvsinfo/dvsnewdl/CardData.asp | Wed | 1/27/2010 12:17 |
| Wright Co Sheriff User 4 | /dvsinfo/dvsnewdl/Demographics.asp | Sun | 1/29/2012 10:36 |
| Wright Co Sheriff User 4 | /dvsinfo/dvsnewdl/Demographics.asp | Sun | 1/29/2012 10:40 |
| Wright Co Sheriff User 4 | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 1/30/2012 18:05 |
| Wright Co Sheriff User 5 | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 4/23/2013 14:52 |