UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| *Jessica Leah Kampschroer and Corey Patrick Kampschroer*,<br><br>*Plaintiffs,*<br><br>v.<br><br>*Anoka County et al.*<br><br>*Defendants.* | Case No. 13-cv-2512 (SRN-TNL) |

## MOTION TO DISMISS

Pursuant to Fed. R. Civ. Proc. 12(b)(6), defendants Ramona Dohman, Michael Campion, and Patricia McCormack move to dismiss the complaint in this matter for failure to state a claim on which relief can be granted.

Dated: October 29, 2013

Respectfully submitted,

OFFICE OF THE ATTORNEY GENERAL
State of Minnesota

s/**Oliver J. Larson**
OLIVER J. LARSON
Atty. Reg. No. 0392946

Assistant Attorney Generals
445 Minnesota Street, Suite 1800
St. Paul, Minnesota 55101-2134
(651) 757-1265 (Voice)
(651) 282-2525 (TTY)

ATTORNEY FOR THE STATE
DEFENDANTS