UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jessica Leah Kampschroer and Cory Patrick Kampschroer,<br><br>        Plaintiffs,<br><br>v.<br><br>Anoka County, et al.,<br><br>        Defendants. | Civil File No. 13-2512 (SRN/TNL)<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

The parties hereto, through their respective undersigned counsel, hereby stipulate and agree that all claims asserted by plaintiffs against Buerkle Imports Company may be dismissed without prejudice and without costs to any party.

                                        **SAPIENTIA LAW GROUP, PLLC**

Dated: November 6, 2013                By: _____
                                                 Kenn H. Fukuda (#0389301)
                                                 Suite 1242
                                                 12 South Sixth Street
                                                 Minneapolis, MN 55402
                                                 Telephone: (612)756-7100
                                                 Fax: (612)756-7101

                                                 **Attorneys for Plaintiffs**

|  |  |
|---|---|
| Dated: November 6, 2013 | BRIGGS AND MORGAN, P.A.<br><br>By /s/ *signature*<br>Michael H. Streater (#106331)<br>W. Knapp Fitzsimmons (#0391131)<br>2200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 977-8400<br>Facsimile: (612) 977-8650<br><br>**Attorneys for Defendant Buerkle Imports Company** |

5812664v1