UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Jessica Leah Kampschroer and Corey Patrick Kampschroer, | ) ) ) | Case No. 13-cv-2512 SRN/TNL |
| | ) | **MOTION TO DISMISS** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| Anoka County, et al., | ) ) | |
| Defendants. | ) ) ) | |

Pursuant to Fed. R. Civ. Proc. 12(b)(6), defendant Rochester Motors, LLC moves to dismiss the complaint in this matter for failure to state a claim on which relief can be granted.

                                      Respectfully submitted,

                                      DRAWE & MALAND

Dated: November 12, 2013        s/Todd L. Nissen
                                                  Todd L. Nissen, Atty. ID 25017X
                                                  7701 France Avenue, Suite 240
                                                 Edina, MN 55435
                                                 Phone: 952-841-2130

                                                 and

                                                 Charles Maier
                                                 Gray Plant Mooty
                                                 500 IDS Center
                                                 80 South Eighth Street
                                                 Minneapolis, MN 55402-3796
                                                 Phone: 612-632-3242

                                                 ATTORNEYS FOR DEFENDANT
                                                 ROCHESTER MOTORS, LLC