UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Jessica Leah Kampschroer and Corey Patrick Kampschroer,<br><br>                        Plaintiffs,<br><br>v.<br><br>Anoka County, et al.,<br><br>                        Defendants. | Case No. 13-cv-2512 SRN/TNL<br><br>**DEFENDANT ROCHESTER MOTORS, LLC'S MEET AND CONFER CERTIFICATION** |

Todd L. Nissen states the following:

1. I am counsel for the defendant Rochester Motors, LLC in this matter.

2. I conferred with counsel for the Plaintiffs in this matter concerning the basis for the motion to dismiss brought by Rochester Motors, LLC.

3. The parties were unable to resolve the issues presented by the motion.

                                       Respectfully submitted,

                                       DRAWE & MALAND

Dated: November 12, 2013        s/Todd L. Nissen

                                     Todd L. Nissen, Atty. ID 25017X
                                     7701 France Avenue, Suite 240
                                     Edina, MN  55435
                                     Phone:  952-841-2130

                                     and

                                     Charles Maier
                                     Gray Plant Mooty
                                     500 IDS Center
                                     80 South Eighth Street
                                     Minneapolis, MN 55402-3796

2

Phone: 612-632-3242

ATTORNEYS FOR DEFENDANT
ROCHESTER MOTORS, LLC