UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jessica Leah Kampschroer and Cory Patrick Kampschroer, | Civil File No. 13-2512 SRN/TNL |
| Plaintiffs, | |
| v. | |
| Anoka County; City of Anoka; City of Apple Valley; City of Arlington; City of Baxter; City of Belle Plaine; Beltrami County; Benton County; City of Blaine; City of Bloomington; Blue Earth County; City of Braham; City of Brooklyn Center; City of Brooklyn Park; City of Brownton, Buerkle Imports Company d/b/a Buerkle Honda; City of Burnsville; City of Cambridge; City of Cannon Falls; Carver County; Cass County; Centennial Lakes Police Department; City of Champlin; City of Chaska; Chisago County; City of Chisago; City of Columbia Heights; City of Coon Rapids; City of Corcoran; City of Cottage Grove; City of Crosby; Crow Wing County; City of Crystal; Dakota Communications Center; Dakota County; City of Deephaven; City of Dundas; City of Eagan; City of Eden Prairie; City of Edina; City of Elk River; City of Fairmont; Faribault County; City of Faribault; City of Farmington; Fillmore County; City of Foley; City of Forest Lake; City of Fridley; City of Glencoe; City of Golden Valley; Goodhue County; City of Goodview; Grant County; City of Hastings; Hennepin County; City of Hopkins; City of Howard Lake; Hubbard County; City of Hutchinson; City of Inver Grove Heights; City of Isanti; Isanti County; City of Jordan; Kanabec County; Lakes Area Police Department; City of Lakeville; Le | |

Sueur County; City of Litchfield; City of Mankato; City of Maple Grove; City of Maplewood; McLeod County; City of Medina; City of Mendota Heights; Metropolitan Council; Mille Lacs County; City of Minneapolis; City of Minnetonka; City of Montgomery; City of Moorhead; Morrison County; City of Morristown; City of Mounds View; Minneapolis Parks and Recreation Board; Metropolitan Airports Commission; City of New Brighton; City of New Hope; City of New Prague; City of Newport; Nicollet County; City of North Saint Paul; City of North Mankato; City of Northfield; Olmsted County; City of Owatonna; City of Prior Lake; Ramsey County; City of Ramsey; Rice County; City of Richfield; City of Robbinsdale; City of Rochester; Rochester Motors, LLC; City of Rosemount; City of Roseville; City of Sartell; City of Savage; Scott County; City of Shakopee; Sherburne County; City of Spring Lake Park; City of Saint Anthony; City of Saint Cloud; City of Saint Francis; Saint Louis County; City of Saint Louis Park; City of Saint Paul; City of Saint Paul Park; City of Saint Peter; City of Staples; Stearns County; Steele County; City of Stillwater; City of West Saint Paul; Wadena County; City of Waite Park; Washington County; City of Wayzata; City of White Bear Lake; Winona County; City of Woodbury; Wright County; Yellow Medicine County; Pat McCormack in her individual capacity as the Director of Driver and Vehicle Services at the Minnesota Department of Public Safety; Michael Campion, in his individual capacity as the Commissioner of the Department of Public Safety; Ramona Dohman, in her individual capacity as the Commissioner of the Department of Public Safety; DPS Does; John and Jane Does (1 -

1500) acting in their individual capacity as supervisors, officers, deputies, staff, investigators, employees or agents of the other governmental agencies; and Entity Does (1-50) including cities, counties, municipalities, and other entities sited in Minnesota and federal departments and agencies,

                Defendants.

## NOTICE OF APPEARANCE

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorneys hereby notify the Court and counsel that Jon K. Iverson, Susan M. Tindal and Stephanie A. Angolkar, IVERSON REUVERS CONDON, shall appear as counsel of record for Defendants City of Anoka; City of Apple Valley; City of Arlington; City of Baxter; City of Belle Plaine; City of Blaine; City of Bloomington; City of Braham; City of Brooklyn Center; City of Brooklyn Park; City of Brownton; City of Burnsville; City of Cambridge; City of Cannon Falls; Centennial Lakes Police Department; City of Champlin; City of Chaska; City of Chisago City; City of Columbia Heights; City of Coon Rapids; City of Corcoran; City of Cottage Grove; City of Crosby; City of Crystal; Dakota Communications Center; City of Deephaven; City of Dundas; City of Eagan; City of Eden Prairie; City of Elk River; City of Fairmont; City of Faribault; City of Farmington; City of Foley; City of Forest Lake; City of Fridley; City of Glencoe; City of Golden Valley; City of Goodview;

City of Hastings; City of Hopkins; City of Howard Lake; City of Hutchinson; City of Inver Grove Heights; City of Isanti; City of Jordan; Lakes Area Police Department; City of Lakeville; City of Litchfield; City of Mankato; City of Maple Grove; City of Maplewood; City of Medina; City of Mendota Heights; City of Minnetonka; City of Montgomery; City of Moorhead; City of Morristown; City of Mounds View; City of New Brighton; City of New Hope; City of New Prague; City of Newport; City of North Saint Paul; City of North Mankato; City of Northfield; City of Owatonna; City of Prior Lake; City of Ramsey; City of Richfield; City of Robbinsdale; City of Rochester; City of Rosemount; City of Roseville; City of Sartell; City of Savage; City of Shakopee; City of Spring Lake Park; City of Saint Anthony Village; City of Saint Cloud; City of Saint Francis; City of Saint Louis Park; City of Saint Paul Park; City of Saint Peter; City of Staples; City of Stillwater; City of West Saint Paul; City of Waite Park; City of Wayzata; City of White Bear Lake; and City of Woodbury in this case.

|  |  |
|---|---|
|  | IVERSON REUVERS CONDON |
| Dated:  November 15, 2013 | By  s/Jon K. Iverson            |
|  | Jon K. Iverson (#146389) |
|  | Susan M. Tindal (#330875) |
|  | Stephanie A. Angolkar (#388336) |
|  | 9321 Ensign Avenue South |
|  | Bloomington, MN  55438 |
|  | (952) 548-7200 |
|  | Fax:  (952) 548-7210 |
|  | jon@irc-law.com |
|  | *Attorneys for Defendant Cities of Anoka; Apple Valley; Arlington; Baxter; Belle Plaine; Blaine; Bloomington; Braham; Brooklyn Center; Brooklyn Park; Brownton; Burnsville; Cambridge; Cannon Falls; Champlin; Chaska;* |

*Chisago City; Columbia Heights; Coon Rapids; Corcoran; Cottage Grove; Crosby; Crystal; Deephaven; Dundas; Eagan; Eden Prairie; Elk River; Fairmont; Faribault; Farmington; Foley; Forest Lake; Fridley; Glencoe; Golden Valley; Goodview; Hastings; Hopkins; Howard Lake; Hutchinson; Inver Grove Heights; Isanti; Jordan; Lakeville; Litchfield; Mankato; Maple Grove; Maplewood; Medina; Mendota Heights; Minnetonka; Montgomery; Moorhead; Morristown; Mounds View; New Brighton; New Hope; New Prague; Newport; North Saint Paul; North Mankato; Northfield; Owatonna; Prior Lake; Ramsey; Richfield; Robbinsdale; Rochester; Rosemount; Roseville; Sartell; Savage; Shakopee; Spring Lake Park; Saint Anthony Village; Saint Cloud; Saint Francis; Saint Louis Park; Saint Paul Park; Saint Peter; Staples; Stillwater; West Saint Paul; Waite Park; Wayzata; White Bear Lake; Woodbury; Centennial Lakes Police Department; Dakota Communications Center; Lakes Area Police Department*